**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**EBONY HEMPHILL** **PLAINTIFF**

**V.** **CAUSE NO. 3:15-cv-779-CWR-FKB**

**NISSAN/KELLY SERVICES** **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Magistrate Judge F. Keith Ball's Report and Recommendation (R&R) to dismiss, *sua sponte*, the plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Dockets No. 5.

The R&R notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636. *Id*.

Having received no timely written objections from any party, this Court adopts the R&R as its own Order. Accordingly, the plaintiff's complaint is dismissed without prejudice.

A separate Final Judgment will issue this day.

**SO ORDERED,** this the 5th day of February, 2016.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE